UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: JASON C. FARRINGTON<br>ATTORNEY AT LAW, BAR NO. 8063. ) ) ) ) ) ) ) ) ) | Case No.: 2:18-ms-00022<br><br>**ORDER OF DISBARMENT** |

On March 30, 2018, this Court entered an Order to Show Cause, mailed to the last known address of attorney Jason C. Farrington, Bar No. 8063, at 1543 W. Elliot Rd., Ste. 104, Gilbert, AZ 85233. However, the Order to Show Cause was returned from the United States Postal Service marked "Return to Sender; Vacant; Unable to Forward; Return to Sender." The Order to Show Cause provided Mr. Farrington with thirty (30) days to respond with reasons why he should not be disbarred from the practice of law in this Court. No response has been received from Mr. Farrington. Failure to respond within thirty (30) days warrants an Order of Disbarment. Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Jason C. Farrington, Bar No. 8063, is hereby **DISBARRED** from practice in United States District Court for the District of Nevada.

**DATED** this __5__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this  9th  day of July, 2018, I caused to be served a true and correct copy of the foregoing Order to Show Cause to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Jason C. Farrington
    1543 W. Elliot Rd., Ste. 104
    Gilbert, AZ 85233

    Certified Mail No.:   7017 3380 0000 4606 0733

        /s/ Michael Zadina
        Deputy Clerk
        United States District Court,
        District of Nevada